UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-10719-GW-KSx | Date | April 21, 2025 |
|---|---|---|---|
| Title | *Deondre Raglin v. Bell Gardens Auto Body, Inc., et al.,* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On April 21, 2025, Plaintiff Deondre Raglin filed a Notice of Settlement [30]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 22, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 21, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |